**JS-6**

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM CHRISTOPHER THOMPSON, an individual;<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARRIOTT HOTEL SERVICES, INC., a Delaware Corporation doing business in California, as JW MARRIOTT DESERT SPRINGS RESORT & SPA, and DOES 1-100,<br><br>　　　　Defendants. | CASE NO.: 5:19-cv-00828-KK (Magistrate Judge Kenly Kiya Kato)<br><br>**[PROPOSED] ORDER RE: FRCP 41(a)(2) STIPULATION TO DISMISS AND REQUEST FOR COURT ORDERED DISMISSAL OF THE ACTION WITH PREJUDICE**<br><br>**Complaint Filed: 1/16/2019**<br>**Removed: 5/3/2019** |

**[PROPOSED] ORDER**

FOR GOOD CAUSE SHOWN, THIS COURT HEREBY ORDERS THIS MATTER, IN ITS ENTIRETY, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED: May 6, 2020         By: 
　　　　　　　　　　　　　　　　KENLY KIYA KATO
　　　　　　　　　　　　　　　　United States Magistrate Judge

3

**NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL; [PROPOSED] ORDER**

NAP REQ FOR DISMISSAL rev.docx